IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | | |
|---|---|---|
| HOMER LEE BROWN, | § § | |
| V. | § § § | CIVIL ACTION NO. G-03-838 |
| MONROE KRUEZER, ET AL. | § | |

## FINAL JUDGMENT

For the reasons stated in this Court's Order of Dismissal, this civil action is **DISMISSED.**

This is a **FINAL JUDGMENT**.

**DONE** at Galveston, Texas, this the 6th day of July, 2005.

_____
Samuel B. Kent
United States District Judge